IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBINO FLORES GAMA and MARIO REYES RAMIREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>GOLDEN DRAGON, INC., THERESIA M. GO LEE, FU CHING LEE, and RONG SENG CHU,<br><br>    Defendants. | ***JURY TRIAL DEMANDED***<br><br>Civil Action No.: |

**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT**

**INTRODUCTION**

1.      Plaintiffs Albino Flores Gama and Mario Reyes Ramirez (collectively, "Plaintiffs" or "the Workers") bring this action against their employers, Golden Dragon, Inc., Theresia M. Go Lee, Fu Ching Lee, and Rong Seng Chu (collectively, "Defendants"), for violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* (hereinafter "FLSA" or "Act"). The Workers work for Defendants as kitchen staff at Golden Dragon Restaurant in the Ensley neighborhood of Birmingham. Although the Workers labor for eleven- and twelve-plus hour days with no break, six days per week, and over seventy hours per week, Defendants have never paid them even one hour of overtime compensation. In the case of Plaintiff Flores, Defendants also failed to pay him the federally required minimum wage for the thousands of hours of labor he has contributed to Defendants' enterprise. The Workers seek to recover unpaid minimum wage and overtime payments, liquidated damages, reasonable attorney's fees and costs of suit by reason of Defendants' violations of the Act.

1

**JURISDICTION AND VENUE**

2. This action arises under the FLSA, 29 U.S.C. § 216(b), and thus is subject to the jurisdiction of this Court pursuant to 28 U.S.C. § 1331.

3. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events or omissions giving rise to the Workers' claims occurred in this district.

**PARTIES**

4. Plaintiff Albino Flores Gama ("Mr. Flores") is an adult resident of the state of Alabama currently residing in Jefferson County, Alabama. Mr. Flores is an employee of Defendants.

5. Plaintiff Mario Reyes Ramirez ("Mr. Reyes") is an adult resident of the state of Alabama currently residing in Jefferson County, Alabama. Mr. Reyes is an employee of Defendants.

6. At all times relevant to this complaint, the Workers were employees of Defendants within the meaning of the FLSA, 29 U.S.C. § 203(e)(1), and were engaged in interstate commerce or the production of goods for interstate commerce.

7. Defendant Golden Dragon, Inc. ("Golden Dragon") is an Alabama corporation registered at 2210 Bessemer Road, Birmingham, Alabama 35208. At all times relevant to this complaint, Golden Dragon conducted business in the state of Alabama, and employed the Workers within the meaning of the Act, 29 U.S.C. § 203(d).

8. Defendant Theresia M. Go Lee is a director and the registered agent of Golden Dragon. Defendant Theresia M. Go Lee employs the Workers within the meaning of the Act, 29 U.S.C. § 203(d).

9. Defendant Fu Ching Lee is a director of Golden Dragon. Defendant Fu Ching Lee employs the Workers within the meaning of the Act, 29 U.S.C. § 203(d).

10. Defendant Rong Seng Chu is the president of Golden Dragon. Defendant Chu employs the Workers within the meaning of the Act, 29 U.S.C. § 203(d).

11. At all times relevant to this complaint, Defendants had employees engaged in commerce or the production of goods for commerce, as defined by §203(s)(1) of the FLSA, and, on information and belief, Defendant Golden Dragon had an annual gross volume of sales made or business done not less than $500,000.00.

## FACTUAL ALLEGATIONS

12. The Workers were hired by Defendants to work as back-of-house kitchen staff at Golden Dragon Restaurant, a Chinese restaurant operated by Defendants in the Ensley neighborhood of Birmingham, located at 2227 Bessemer Road, Birmingham, Alabama 35208.

13. Defendants agreed to pay the Workers with cash on a bimonthly basis, on the first and sixteenth day of each month, in exchange for their labor.

14. Defendants require the Workers to work eleven- and twelve-plus-hour days without a break, six days per week, for the entire open hours of the restaurant.

***Mr. Flores's Unpaid Minimum Wage and Overtime Compensation***

15. Plaintiff Albino Flores Gama began working at Golden Dragon Restaurant as a dishwasher and kitchen prep worker on or around November 30, 2016.

16. Since he started working for Defendants, Mr. Flores has always worked the same schedule. He works from 10:00 a.m. to 9:30 p.m. on Monday through Thursday, and 10:00 a.m. to 10:30 p.m. on Friday and Saturday, with no breaks. He works a total of approximately 71 hours per week.

17.     When Defendants first hired Mr. Flores, they agreed to pay him a wage of $850 on a bimonthly basis. This is equivalent to an hourly wage of $5.53 per hour.

18.     About two years ago, Defendants raised Mr. Flores's wage to $900 per bimonthly pay period. This is equivalent to an hourly wage of $5.85 per hour.

19.     About a year ago, Defendants raised Mr. Flores's wage to $1,050 per bimonthly pay period. This is equivalent to an hourly wage of $6.83 per hour.

20.     For every workweek that Mr. Flores worked at Golden Dragon Restaurant, Defendants failed to pay him in accordance with the FLSA's statutory minimum wage of $7.25 per hour. Defendants also failed to pay him in accordance with the FLSA's overtime provision.

*Mr. Reyes's Unpaid Overtime Compensation*

21.     Plaintiff Mario Reyes Ramirez began working at Golden Dragon Restaurant as a fry and prep cook on or around April 2019.

22.     Since he started working for Defendants, Mr. Reyes has always worked the same schedule. He works from 10:00 a.m. to 9:30 p.m. on Monday through Thursday, and 10:00 a.m. to 10:30 p.m. on Friday and Saturday, with no breaks. He works a total of approximately 71 hours per week.

23.     When Defendants hired Mr. Reyes they agreed to pay him a wage of $1,100 on a bimonthly basis. This is equivalent to an hourly wage of $7.47 per hour.

24.     In or around early November, Defendants raised Mr. Reyes's wage to $1,200 per bimonthly pay period. This is equivalent to an hourly wage of $8.14 per hour.

25.     For every workweek that Mr. Reyes worked at Golden Dragon Restaurant, Defendants failed to pay him in accordance with the FLSA's overtime provision.

**COUNT ONE:**

### VIOLATION OF THE FAIR LABOR STANDARDS ACT
### (Minimum Wage Violations)
*As to Plaintiff Albino Flores Gama*

26. Plaintiffs re-allege and incorporate by reference the above paragraphs as though fully set forth herein.

27. Plaintiff Albino Flores Gama brings this claim against Defendants for violation of the FLSA minimum wage provision, 29 U.S.C. § 206.

28. Defendants willfully failed to pay Mr. Flores the federal statutory minimum wage of $7.25 per hour for every compensable hour of labor he performed during each workweek, in violation of 29 U.S.C. § 216(a)(1).

29. As a result of these violations, Mr. Flores suffered damages and may bring suit pursuant to 29 U.S.C. § 216(b).

30. Mr. Flores is not subject to any exemptions from the FLSA's minimum wage provision.

31. Defendants are jointly and severally liable to Mr. Flores for these violations of his rights under the FLSA.

32. Mr. Flores is entitled to an award of damages for unpaid minimum wages, plus liquidated damages in an equal amount, as well as attorney's fees and costs, pursuant to 29 U.S.C. § 216(b).

### COUNT TWO:
### VIOLATION OF THE FAIR LABOR STANDARDS ACT
### (Overtime Violations)
*As to All Plaintiffs*

33. Plaintiffs re-allege and incorporate by reference the above paragraphs as though fully set forth herein.

34. Plaintiffs bring this claim against Defendants for violation of the FLSA overtime provision, 29 U.S.C. § 207.

35. Defendants willfully failed to pay Plaintiffs one and one-half times their regular hourly wage (or, in the case of Plaintiff Flores, one and one-half times the federally required minimum wage) for every compensable hour of labor they performed over forty hours during each workweek, in violation of 29 U.S.C. § 216(a)(1).

36. As a result of these violations, Plaintiffs suffered damages and may bring suit pursuant to 29 U.S.C. § 216(b).

37. Plaintiffs are not subject to any exemptions from the FLSA's overtime provision.

38. Defendants are jointly and severally liable to Plaintiffs for these violations of their rights under the FLSA.

39. Plaintiffs are entitled to an award of damages for unpaid overtime wages, plus liquidated damages in an equal amount, as well as attorney's fees and costs, pursuant to 29 U.S.C. § 216(b).

**PRAYER FOR RELIEF**

WHEREORE, Plaintiffs respectfully pray that this Court:

1. Grant judgment in favor of Plaintiffs and against Defendants, jointly and severally, for Plaintiffs' claims under the FLSA, and award Plaintiffs monetary damages for unpaid minimum wage and overtime wage payments, plus liquidated damages in an equal amount;

2. Award attorney's fees and costs;

3. Grant such additional and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs hereby demand a jury trial on all claims.


Dated: December 17, 2019

Respectfully submitted,

/s/ Jessica M. Vosburgh
Jessica Myers Vosburgh
Alabama State Bar No. 1710-A00Y
ADELANTE ALABAMA WORKER CENTER
2104 Chapel Hill Rd.
Birmingham, AL 35216
(205) 317-1481 (office)
(203) 415-8368 (cell)
jessica@adelantealabama.org

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBINO FLORES GAMA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOLDEN DRAGON, INC., et al.,<br><br>    Defendants. | Civil Action No.: |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the Defendants:

Golden Dragon, Inc.
2210 Bessemer Rd.
Birmingham, AL 35208-4712

Fu Ching Lee
2210 Bessemer Rd.
Birmingham, AL 35208-4712

Theresia M. Go Lee
2210 Bessemer Rd.
Birmingham, AL 35208-4712

Rong Seng Chu
3021 English Oaks Circle
Vestavia Hills, AL 35226-3832

by certified mail pursuant to Alabama Rule of Civil Procedure 4(i)(2) and Federal Rule of Civil Procedure 4(e)(1) & (h)(1).

Dated: December 17, 2019            /s/ Jessica M. Vosburgh
                                    Attorney for Plaintiffs