IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALBINO FLORES GAMA and<br>MARIO REYES RAMIREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOLDEN DRAGON, INC.,<br>THERESIA M. GO LEE, FU CHING<br>LEE, RONG SENG CHU, and EUI<br>KIAN WANG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-02038-JHE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT GOLDEN DRAGON, INC'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Golden Dragon, Inc., in the above-styled case certifies that the general nature and purpose of the foregoing entity is an eat-in / take-out restaurant. Counsel also certifies that no parent, subsidiary or affiliated company or publicly-held corporation that owns 10% or more of Defendant Golden Dragon, Inc.

Respectfully filed and served on this, the 2nd day of March, 2020.

_____
Richard R. Newton

*s/ Richard R. Newton*
Attorney for Defendants Golden Dragon,
   Inc. and Eui Kian Wang
1203 Regal Avenue
Birmingham, AL  35213
Tel:  205.356.2498
Email:  richardrussellnewton@gmail.com
ASB 0776-W85R

CERTIFICATE OF SERVICE

This is to certify that on this, the 2nd day of March, 2020, undersigned counsel for Defendants Golden Dragon, Inc. and Eui Kian Wang served the foregoing Corporate Disclosure Statement on Plaintiffs' attorney of record, by sending same by email to its attorney and/or via the United States District Court's CM/ECF document filing system:

Jessica M. Vosburgh, Esq.     Email: *jessica@adelantealabama.org*
Adelante Alabama Worker Center
2104 Chapel Hill Road
Birmingham, AL  35216

*s/ Richard R. Newton*